Rebecca C. Padilla, (CSBN: 248605)
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@potterpadillalaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WILLIAM MARX III, | Case No.: 2:25-cv-07780-AS |
| Plaintiff, | {~~PROPOSED~~} **ORDER AWARDING** |
| vs. | **EQUAL ACCESS TO JUSTICE** |
| | **ACT ATTORNEY FEES** |
| FRANK BISIGNANO, Commissioner | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

**IT IS ORDERED** that the Commissioner shall pay the amount of $4,393.82 (Four Thousand, Three Hundred Ninety-Three Dollars and No Eighty-Two Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: June 1, 2026 _____          _____/ s / Sagar_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1